IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON ORTIZ, et al.

Plaintiffs

v.   CIVIL NUM. 97-1009 (RLA)

MIGUEL A. RIVERA, et al.

Defendants

### ORDER OF DISBURSAL

1. Plaintiffs "Motion for Disbursement of Funds" filed on September 16, 1999 is hereby Granted.

2. The Clerk of Court is authorized and directed to draw four (4) checks on the funds on deposit in the Registry of this Court in the indicated principal amounts plus all accrued interests minus any statutory user's fees, payable as herein specified:

|   |   |   |
|---|---|---|
| a. | Héctor Negrón-Ortiz, 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 | $75,000.00 |
| b. | Ivette Serrano-Cruz, 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 | $25,000.00 |
| c. | Francisca Galán Bonilla, 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 | $25,000.00 |
| d. | Héctor Negrón-Galán, 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 | $25,000.00 |

3. Once the check are written as ordered, the Clerk of Court is to notify plaintiffs' attorney, Juan M. Masini-Soler so that he personally receive said four (4) checks.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 22 of September 1999.

RAYMOND L. ACOSTA
U.S. District Judge